Exhibit
A

# IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
# IN AND FOR LEON COUNTY, FLORIDA

**CLIFF ORANE HANSON, N17986**

Plaintiff/Petitioner,

CASE NO. **2013 CA 000056**

vs.

## CITY OF TALLAHASSEE, ET. AL

Defendant/Respondent.

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

TO/PARA/A:   LEE GREENFIELD
            234 E 7TH AVE

            TALLAHASSEE, FL 32303

SERVED THIS ___28___ DAY OF _Aug_
20 _13_ AT ___ A.M. _4:25_ P.M.
LARRY CAMPBELL, SHERIFF OF LEON COUNTY, FL
BY _Deena King_ 1505 DS

## IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at, 301 South Monroe Street, Tallahassee, FL 32301. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court**. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: *[Name and address of party serving summons]* _____
_____

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address.

---

1 Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within **40 days** after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have **30 days** from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.

Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: 8-23-13 .

Bob Inzer, Clerk
LEON COUNTY CLERK OF THE

By:

Deputy Clerk

' **Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 301 South Monroe Street, Tallahassee, FL 32301. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a: Nombre y direccion de la parte que entrega la orden de comparencencia:_____

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud. Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: {L'Adresse} 301 South Monroe Street, Tallahassee, FL 32301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d' avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation:_____

# IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
## IN AND FOR LEON COUNTY, FLORIDA

**CLIFF ORANE HANSON, N17986**    CASE NO. **2013 CA 000056**

Plaintiff/Petitioner,

vs.

**CITY OF TALLAHASSEE, ET. AL**

Defendant/Respondent.

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

TO/PARA/A:    CITY OF TALLAHASSEE
300 SOUTH ADAMS STREET

TALLAHASSEE, FL 32301

SERVED THIS **27** DAY OF **Aug**
20 **15** AT _____ A.M. **240** P.M.
LARRY CAMPBELL, SHERIFF OF LEON COUNTY, FL
BY _____ DS

**IMPORTANT**

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at, 301 South Monroe Street, Tallahassee, FL 32301. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: *{Name and address of party serving summons}*_____

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address.**

SHERIFF LEON COUNTY FLORIDA

1 Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within **40 days** after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have **30 days** from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.



**Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 301 South Monroe Street, Tallahassee, FL 32301. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a: Nombre y direccion de la parte que entrega la orden de comparencencia:_____

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud. Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: {L'Adresse} 301 South Monroe Street, Tallahassee, FL 32301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d' avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation:_____

Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: _____ 8-23-13 _____.

Bob Inzer, Clerk
LEON COUNTY CLERK OF THE

By:_____
Deputy Clerk

IN THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA

CLIFF O. HANSON #N17987₀                    CASE # 2013CA000056
    Plaintiff/Claimant

V.

T. P. D. OFFICER LEE GREENFIELD,           JUDGE JOHN C. COOPER
TALLAHASSEE POLICE DEPARTMENT
CITY OF TALLAHASSEE, FLORIDA.
    Defendant Respondant

AMENDED CIVIL ACTION AGAINST CITY POLICE OFFICER

        PLAINTIFF EXCERCISES HIS RIGHT TO PETITION THE COURT
Per U.S. CONST. AMEND. NO 1., AND DEMANDS A TRIAL per U.S.
CONST. AMEND. NO 6 WHICH CONCLUDES THAT THE PEOPLE HAVE
A RIGHT TO TRIAL BY JURY IN CIVIL ISSUES THAT EXCEED $20 DOLLARS.

        PLAINTIFF REQUESTS THAT (BECAUSE HE IS A LAYMAN) THIS
COURT CONSTRUE HIS FILINGS LIBERALLY AND NOT HOLD HIM TO THE
STRINGENT STANDARDS OF A BAR CERTIFIED LAWYER.
Per ERICKSON V. PARDUS, 551 U.S. 89, 94, 127 S.Ct 2197 (2007)
AND IF HE FINDS THIS AMENDED CLAIM TO BE LEGALLY INSUFFICIENT
TO ALLOW THIS PLAINTIFF TO AMEND IT. FURTHERMORE THE PLAINTIFF
REMINDS THE COURT THAT THIS EXACT NUMBERS ARE IN ITS CONSTRUCTIVE
POSSESSION AND THE PLAINTIFF CAN ONLY TRY TO RECALL SPECIFIC.
COSTS, PRICES, ETC....

PAGE 1 OF 6

CAUSE OF ACTION # 1 / STATEMENT OF FACTS.

(PROFESSIONAL NEGLIGENCE)
(FALSE ARREST)
(MALICIOUS PROSECUTION)

ON JUNE, 4TH 2011 THE PLAINTIFF WAS TRAFFIC STOPPED BY
TALLAHASSEE POLICE DEPARTMENT OFFICER LEE GREENFIELD (DEFENDANT)
AT 1360 LAKE BRADFORD RD, TALLAHASSEE, FLORIDA, LEON COUNTY.
THE DEFENDANT LIED THAT THE PLAINTIFFS "TAG LIGHT" WAS THE REASON
FOR THE STOP, BUT EVENTUALLY FABRICATED THAT THE PLAINTIFF WAS
"KNOWINGLY DRIVING WHILE LICENSE SUSPENDED" (A MISDEMEANOR
VIOLATION OF F.S, 322, 34     ) AS AN EXCUSE TO ARREST THE
PLAINTIFF. THE PLAINTIFF HOWEVER DENIED KNOWING THE DRIVER LICENSE
WAS SUSPENDED.
      NONETHELESS DEFENDANT IMMEDIATELY HANDCUFFED AND ARRESTED
THE PLAINTIFF, PLACED THE PLAINTIFF IN A PATROL CAR AND BEGAN
TO RANSACK / SEARCH THE PLAINTIFFS' VEHICLE. DEFENDANT CLAIMS
HE FOUND EVIDENCE OF A FELONY DURING THE SEARCH AND CHARGED
THE PLAINTIFF WITH THAT ALSO. See: EXHIBIT # 1 — POLICE REPORT.

      THE PLAINTIFF OBTAINED A SEVERANCE OF OFFENSES FROM
CRIMINAL COURT AND HAD THE MISDEMEANOR AND FELONY TRIED
SEPERATELY. THE DEFENDANT TESTIFIED AND LIED AT TRIAL, AND THE
PLAINTIFF WAS FOUND GUILTY AND CONVICTED OF THE FELONY ON
MARCH 9TH 2012. HOWEVER, ON JULY 27TH 2012 THE PLAINTIFF
WAS FOUND NOT GUILTY OF THE PREDICATE MISDEMEANOR.
See: EXHIBIT # 2 — 2ND JUDICIAL CIRCUIT FOR LEON COUNTY, COUNTY
COURT — NOT GUILTY PAPERWORK.

      FLORIDA LAW DOES NOT WARRANT / PERMIT AN ARREST FOR
DRIVING ON A SUSPENDED LICENSE, ONLY "KNOWINGLY" DRIVING
ON A SUSPENDED LICENSE. SO THE DEFENDANT (LEE GREENFEILD)
LIED AND STATED THAT THE PLAINTIFF ADMITTED KNOWING HIS DRIVERS'
LICENSE WAS SUSPENDED SO THAT HE COULD ARREST AND RESTRAIN
THE PLAINTIFF WHILE HE UNREASONABLY SEARCHED THE PLAINTIFFS
VEHICLE WITHOUT PROBABLE CAUSE OR CONSENT.

PAGE 2 OF 6



FROM THE MINUTE HE WAS FALSELY ARRESTED TO
THE DAYS OF HIS TRIAL(S) THE PLAINTIFF WAS
UNABLE TO OBTAIN PRE-TRIAL RELEASE. THE PLAINTIFF
IS CURRENTLY A PRISONER DUE TO SAID FELONY CONVICTION.
THE PLAINTIFF WAS CONVICTED PARTIALLY ON DEFENDANT
GREENS' TESTIMONY AT THE FELONY TRIAL WHICH DEFENDANT
GREEN ADMITTED WERE LIES AT THE MISDEMEANOR TRIAL.

AS A DIRECT AND PROXIMATE RESULT OF THE DEFENDANTS
MALICIOUS CONDUCT THE PLAINTIFF WAS UNLAWFULLY
ARRESTED, (DEPRIVED OF HIS LIBERTY) FOR VIOLATING
322.34, F.S.

AS A RESULT OF SAID ARREST THE DEFENDANT WAS
UNLAWFULLY SEARCHED. THE SEARCH RESULTED IN AN
ADDITIONAL FELONY CHARGE WHICH HE WAS CONVICTED
OF WITH ILL OBTAINED EVIDENCE (FRUIT OF THE POISONOUS
TREE) AND DEFENDANT GREENS FALSE TESTIMONY.

DUE TO THE CONVICTION THIS PLAINTIFF WAS
SENTENCED TO BE THE STATES PRISONER FOR FOUR YEARS.

IT IS USEFULL TO KNOW THAT: UPON PLAINTIFFS' MOTION FOR
POST-CONVICTION RELIEFE IN SAID CRIMINAL CASE, THE TRIAL COURT
FOUND THE "NOT-GUILTY" MISDEMEANOR VERDICT FACIALLY SUFFICIENT
TO INVALIDATE THE FELONY CONVICTION. SEE EXHIBIT #3



PAGE 2 OF 6

BEFORE HE WAS FALSELY AND ERRONEOUSLY ARRESTED BY DEFENDANT GREEN, THE PLAINTIFF WAS A LICENSED STREET VENDOR AND WELL TRAINED COMPUTER REPAIR MAN.

THE PLAINTIFF EARNED A MINIMUM OF $ 800.⁰⁰ A WEEK.

THE PLAINTIFF HAD NUMEROUS EXPENSIVE TOOLS OF HIS TRADE(S) SUCH AS SOFTWARE; THOUSANDS OF DOLLARS WORTH OF LAPTOPS, A $600 CUTTING MACHINE, A $600 DUPLICATOR, HIS '96 CHEVY BLAZER (S.U.V.) AMONG MANY OTHER THINGS. ALL OF WHICH WAS ABANDONED CAUSE HE WAS UNLAWFULLY DEPRIVED OF HIS LIBERTY, DUE TO DEFENDANT GREENS ACTIONS

AS A FURTHER DIRECT AND PROXIMATE RESULT OF THE DEFENDANTS CONDUCT PLAINTIFF HAS BEEN UNABLE TO WORK FOR A PERIOD OF 98 WEEKS (TO DATE) AND ACCORDINGLY HAS LOST WAGES IN THE AMOUNT OF $78,400 TO WIT AND ASSETS TO WIT ESTIMATED AT $ 3,600

DEFENDANTS ACT WAS DONE KNOWINGLY, WILLFULLY AND WITH MALICIOUS INTENT, AND PLAINTIFF IS ENTITLED TO PUNITIVE DAMAGES IN AN AMOUNT TO BE DETERMINED BY PROOF AT TRIAL.

PAGE 4 OF 6

WHEREFORE PLAINTIFF DEMANDS
JUDGEMENT AGAINST THE DEFENDANTS
AS FOLLOWS.

1. GENERAL DAMAGES IN THE AMOUNT OF $ 3,500.⁰⁰

2. LOST EARNINGS IN THE AMOUNT OF $ 78,400.⁰⁰

3. PUNITIVE DAMAGES;

4. COSTS OF THIS ACTION; and

5. ANY OTHER AND FURTHER RELIEFE (IN FAVOR
OF THIS PLAINTIFF) THAT THE COURT CONSIDERS PROPER.

SWORN OATH

I CUFF O. HANSON CERTIFY UNDER PENALTY OF PERJURY HAVING
READ THE FOREGOING STATEMENTS OF THIS CIVIL ACTION SWEARS
THAT ALL AND EVERYTHING STATED IS TRUE AND CORRECT.
FLA. STAT. 92.525(2); STATE v. SHEARER, 628 So,2d 1102 (Fla.1993)

Hanson

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE
FOREGOING (CIVIL ACTION) CLAIM HAS BEEN U,S,P,S, MAILED
TO THE ATTORNEY FOR THE DEFENDANT LEWIS E. SHELLEY
AT 300 S. ADAMS ST. BOX A-5 TALLAHASSEE, FLORIDA - 32301
AND THE LEON COUNTY CLERK OT COURT AT 301 S, MONROE ST.
TALLAHASSEE, FLORIDA - 32301 THIS ~~DECEMBER 31st~~ ~~2012.~~
APRIL 18th 2013. CM

ENCLOSURE(S):

1 - ~~PLAINTIFFS 'NOTICE OF CLAIM'~~ EXHIBITS 1, 2, & 3.
2 - ~~FLORIDA DEPT' OF FINANCIAL SERVICES RECIEPT TO NOTICE OF CLAIM.~~
3 - ~~'ATTORNEY FOR DEFENDANTS' RECIEPT TO NOTICE OF CLAIM.~~
4 - ~~CIVIL COVER SHEET Per. FLA STAT. SECTION 25,075.~~

/s/

PRO-SE

CUFF O. HANSON #N17986
GRACEVILLE C.F.
5168 EZELL RD.
GRACEVILLE, FLORIDA - 32440.

Provided to Graceville Correctional Facility on
4-18-13 for mailing

PAGE 6 OF 6

Exhibit A

Part 4

## Tallahassee Police Department

Date of Report  06/04/2011 01:58

### Incident Report

Case # 00-11-015158

| V E H I C L E | 1 | Tag #<br>104TSW | Tag Expiration<br>02/09/2012 | Year<br>1996 | Make<br>Florida | Vehicle Status | Vehicle Make<br>Chevrolet | Vehicle Model |
|---|---|---|---|---|---|---|---|---|
| | | Category<br>Searched | | Vehicle Type | | Vehicle Status | VIN<br>1GNCS13W9T2150931 | Vehicle Disposition<br>No Action Taken By Dept |
| | | Vehicle Style : SUV 4 door | | | | | Primary Color : Tan | |

End of Vehicle:  1

| N A R R A T I V E | 1 | **Topic**      Basic - Original Report |
|---|---|---|

PROBABLE CAUSE TEMPLATE - ORIGINAL REPORT
=================================================

TIME OF ARREST: 004 Hours

DEFENDANT NAME: Cliff O Hanson

DOB: 2/9/1982

CHARGES: DWLSR W/Knowledge
        Possession of a firearm with altered serial number
        Possession of firearm by a convicted Florida felon

FSS: 322.34 10 A
     790.27 2A
     790.23 1A

FACTS TO SUPPORT ABOVE CHARGES: While on Patrol in my marked police car. I witnessed a Tan Chevy SUV, headed north on Lake Bradford Rd, with no tag lights. I got behind the vehicle and ran the tag, at a stop light at Lake Bradford and Gamble. The registered owner of the vehicle came back as having a suspended drivers license. I then initiated a traffic stop, by turning on my emergency overhead lights. The vehicle pulled over at 1360 Lake Bradford Rd..

I exited my vehicle, and made contact with the driver. At this time I noticed there was a front seat passenger in the vehicle as well. I introduced myself, and asked for, and received the drivers, Florida License. I also asked if the driver was the registered owner, he stated he was. I then asked if I could see the passengers identification. The passenger stated that he did not have identification. He stated that he would give me his name. He told me his name was Jeremy Linder, with a date of birth of 8/1/77. He also stated he was thirty four and about to turn thirty five.

At this time officer Guerra #306 arrived. I asked officer Guerra, to stay with the occupants of the vehicle, while I verified the drivers, Florida license. I checked through JIS and David and discovered the license was suspended under FSS 322.34 10 A. At this time I went back to the vehicle, and placed the driver into custody for driving on a suspended license. The driver, Cliff Hanson, also freely admitted the license was suspended, and that he now has insurance.

I then placed Hanson into my patrol car. At this time I also called for a K9 officer, and noticed that the tint on the windows were dark, and possibly illegal. I was unable to verify any information given by the passenger.

Officer Watson arrived to conduct a walk around the vehicle. Before doing so, the passenger was

| Reporting Officer<br>Officer LEE GREENFIELD 743   (98609) | Department<br>Tallahassee Police Department | Report Status:<br>Approved |
|---|---|---|
| Secondary Officer Name | | Date/Time |
| Verifying Officer<br>Sergeant JASON LAURSEN 244   (50607) | Department<br>Tallahassee Police Department | Date / Time<br>06/04/2011 06:35 |

EXHIBIT # 1

# IN THE COUNTY COURT OF THE SECOND JUDICIAL CIRCUIT, IN AND FOR LEON COUNTY, FLORIDA

**STATE OF FLORIDA**

vs.

**CASE NO.: 2012 CT 1392**

**CLIFF O. HANSON,**

Defendant

**VERDICT**

As to Count I of the charge: (check only one as to this count)

a. _____ The defendant is guilty of DRIVING WHILE LICENSE SUSPENDED OR REVOKED.

b. _____ The defendant is not guilty.

THIS ___ DAY OF July, 2012.

Judge Judith W. Hawkins

Filed in Open Court
Bob Inzer, Clerk of Court

By: _____
Deputy Clerk

EXHIBIT - #2

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT, IN AND
FOR LEON COUNTY, FLORIDA

STATE OF FLORIDA

CASE NO.    2011CF1748
v.                                                      SPN          149491

CLIFF HANSON,

Defendant.

_____/

## ORDER STRIKING SPECIFIC CLAIMS IN DEFENDANT'S MOTION FOR POSTCONVICTION RELIEF

THIS CAUSE comes before the Court upon Defendant's motion for

postconviction relief, filed pursuant to Florida Rule of Criminal Procedure 3.850 on

November 20, 2012. The Court having considered the motion hereby finds and holds that

the claims raised in grounds 2-7 are facially insufficient. In accordance with *Spera v.*

*State*, 971 So. 2d 754 (Fla. 2007), and *Nelson v. State*, 977 So. 2d 710 (Fla. 1st DCA

2008), Defendant must be given 30 days from the date of this order in which to

sufficiently plead those claims under oath. Wherefore it is

ORDERED and ADJUDGED that the claims raised in grounds 2-7 of

Defendant's motion are hereby STRICKEN with leave to amend those claims within 30

days of the date of this order. This order is non-final and not subject to appeal. A final

order will be entered after the 30-day period expires.

DONE and ORDERED this ___30___ day of _____, 2013.

FRANK E. SHEFFIELD
Circuit Judge


EXHIBIT #3