IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLIFF O. HANSON,

    Plaintiff,

v.                        CASE NO. 4:13cv514-RH/CAS

LEE GREENFIELD,
TALLAHASSEE POLICE DEPARTMENT,
and CITY OF TALLAHASSEE, FLORIDA,

    Defendant.

_____/

## ORDER DISMISSING THE CLAIMS AGAINST THE TALLAHASSEE POLICE DEPARTMENT

This case is before the court on the magistrate judge's report and recommendation, ECF No. 14. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The Tallahassee Police Department's motion to dismiss, ECF No. 3, is GRANTED. All claims against the Tallahassee Police Department are dismissed.

I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on December 10, 2013.

                                         s/Robert L. Hinkle
                                         United States District Judge