IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLIFF O. HANSON #N17956
plaintiff

V.

CASE #: 4:13CN514-RH/CAS

LEE GREENFEILD, and
the CITY OF TALLAHASSEE, FLORIDA.
defendant(s)

## MOTION FOR SCHEDULING ORDER

COMES NOW THE PLAINTIFF CLIFF O. HANSON (A PRISONER) Pro Se and
IN PROPER PERSON Pursuant to Fed. R. Civ. P. 16(b)(1)(B) &
N.D. Fla. Loc. R. 16.1 (B) and REQUESTS THAT THIS COURT SCHEDULE A
PRE-TRIAL CONFERENCE IN THE MONTH OF JANUARY 2014, FOR
THE PURPOSE OF DISCUSSING DISCOVERY and OTHER PRE-TRIAL
ISSUES PERTINENT TO AN EXPIDITIOUS RESOLUTION OF THIS CASE.

THE PLAINTIFF ALSO REQUESTS A TRANSPORTATION ORDER TO
SAID HEARING SO HE MAY BE HEARD IN PERSON BUT WILL ACCEPT
A TELEPHONIC HEARING.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF
THIS ENTIRE MOTION HAS BEEN U.S.P.S. MAILED TO THE
ATTORNEY FOR THE DEFENDANT(S) BILLY HENDRIX AT 300 S. ADAMS ST.
BOX A-5. TALLAHASSEE, FLORIDA - 32301; THIS 3RD DAY OF
JANUARY 2014

/s/ Cliff Hanson

PAGE 1 OF 1